NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DAVID GROBER,**
*Plaintiff-Appellant,*

**and**

**VOICE INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**MAKO PRODUCTS, INC., AIR SEA LAND
PRODUCTIONS, INC., CINEVIDEOTECH, INC.,
SPECTRUM EFFECTS, INC., AND BLUE SKY
AERIALS, INC.,**
*Defendants-Cross Appellants,*

**and**

**DOES 1-10, JORDAN KLEIN, SR., JORDAN KLEIN,
JR., AND OPPENHEIMER CINE RENTAL, LLC,**
*Defendants.*

---

2010-1519, -1527

---

Appeals from the United States District Court for the Central District of California in case no. 04-CV-8604, Judge Jack Zouhary.

---

**ON MOTION**

Before Bryson, *Circuit Judge*.

## ORDER

The cross-appellants move for dismissal of the appeal of Voice International, Inc. for failure to prosecute. Voice International responds by stating that it joins the brief filed on January 19, 2011 by David Grober, who is representing himself pro se, and asking the court to advise its attorneys if any further action is required to avoid Voice International's dismissal from the appeal. The brief filed and signed by Grober stated that it was the appeal brief of Grober and Voice International. Voice International's counsel only signed a certificate of interest filed with the brief, not the brief itself.

On page 6 of the cross-appellants' opening brief, the cross-appellants assert that Voice International is not properly before this court because no brief was signed or filed by an attorney on behalf of Voice International. A copy of this order shall be transmitted to the merits panel to inform the panel that Voice International was given the opportunity to correct that deficiency.

Accordingly,

It Is Ordered That:

The motion to dismiss the appeal of Voice International will be denied if counsel for Voice International signs the briefs on file in the clerk's office filed by Grober within 14 days from the date of filing of this order.

For The Court

**MAR 2 1 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 1 2011

JAN HORBALY
CLERK

cc: David Grober
Edwin P. Tarver, Esq.
Brian W. Warwick, Esq.

s23